**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **ROMEL AMAYA-CRUZ, et al.,** ) | **CASE NO.  1:20 CV 789** |
| ) | |
| Plaintiffs-Petitioners,       ) | **JUDGE DAN AARON POLSTER** |
| ) | |
| vs.                                ) | **JUDGMENT ENTRY** |
| ) | |
| **REBECCA ADDUCCI, Detroit District** ) | |
| **Field Office Director, U.S. Immigration &** ) | |
| **Customs Enforcement, et al.,** ) | |
| ) | |
| Defendants-Respondents.   ) | |

For the reasons stated in the Order filed contemporaneously with this Judgment Entry, and pursuant to Federal Rule of Civil Procedure 58, it is hereby ORDERED, ADJUDGED AND DECREED that the above-captioned case is hereby terminated and dismissed as final.

**IT IS SO ORDERED.**

                                              */s/ Dan A. Polster     May 1, 2020*
                                              **Dan Aaron Polster**
                                              **United States District Judge**