UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROMEL AMAYA-CRUZ, et al.,

                    Petitioner-Plaintiffs,

 - vs. -

REBECCA ADDUCCI, Detroit District Director of U.S. Immigration & Customs Enforcement, et al.,

                    Respondent-Defendants.

Case No. 1:20-cv-00789

Judge: Dan Aaron Polster

*Granted. Telephone Conference is scheduled for 10/22/2020 at 11:30 a.m. It is SO ORDERED.*
*s/Dan Aaron Polster*
*United States District Judge*
*Aug. 13, 2020*

**JOINT MOTION TO EXTEND THE CASE SCHEDULE**

On May 1, 2020, this Court issued a final order in this case directing Respondents to file a report if they intended to petition the Court to re-detain Petitioners that were released to the community because of the COVID-19 pandemic. ECF No. 54. The Court set the following briefing schedule: August 13, 2020 at noon: Government's Report; August 18, 2020 at noon: Plaintiffs' Response; August 20, 2020 at noon: Telephonic Hearing. *Id.*

The parties have met and conferred and, given that the status quo of the pandemic has not improved since the Court's order, now jointly request a 60 day deferral of the briefing schedule.The parties propose the following new schedule: October 13, Government's report; October 20, Plaintiffs' Response; October 22, Telephonic Hearing.

Respectfully submitted,

1