**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Granted. A Telephone Conference is set for Jan. 6, 2021 at 11 a.m.
It is SO ORDERED.
s/*Dan Aaron Polster*
United States District Judge
Oct. 13, 2020

ROMEL AMAYA-CRUZ, et al.,

Petitioner-Plaintiffs,

- vs. -

REBECCA ADDUCCI, Detroit District Director of U.S. Immigration & Customs Enforcement, et al.,

Respondent-Defendants.

Case No. 1:20-cv-00789

Judge: Dan Aaron Polster

## JOINT MOTION TO EXTEND THE CASE SCHEDULE

On August 13, 2020, this Court granted an extension of the briefing schedule in this case, should Respondents seek to petition the Court to re-detain Petitioners that were released to the community because of the COVID-19 pandemic. ECF No. 62. In that order the Court set the following briefing schedule: October 13, 2020: Government's Report; October 20: Plaintiffs' Response; October 22 at 11:30 a.m.: Telephonic Hearing. *Id.*

The parties have again met and conferred and, given that the pandemic has continued since the Court's last order, now jointly request an additional 60 day deferral of the briefing schedule. The parties propose the following new schedule: December 14, Government's Report; December 21, Plaintiffs' Response; December 28, Telephonic Hearing.

Respectfully submitted,